ARTHUR I. WILLNER, State Bar No. 118480
awillner@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
550 S. Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

**ATTORNEYS FOR PLAINTIFFS**
MATTHEW GARRETT, Ph.D. and PROFESSOR ERIN MILLER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GARRETT, PH.D., an individual, and PROFESSOR ERIN MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, in his individual and official capacities; THOMAS J. BURKE, Chancellor of the Kern Community College District, in his individual and official capacities; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00845-DAD-JLT<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PLAINTIFF'S FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS (Document 4)** |

Plaintiffs Matthew Garrett, Ph.D. and Professor Erin Miller, by and through their counsel of record, submit this Response to the Order to Show Cause Why

Sanctions Should Not Be Imposed for the Plaintiff's Failure to Prosecute This Action and to Comply With the Court's Orders. Plaintiffs have complied with the Court's OSC as follows:

1. On May 25, 2021, Plaintiffs filed their Complaint (Docket No. 1).

2. On May 26, 2021, Summons issued as to Thomas J. Burke, Christopher W. Hine with answer to complaint due within 21 days (Docket No. 2).

3. On July 22, 2021 Plaintiffs served the Notice of a Lawsuit and Request to Waive Service of Summons, Waiver of the Service of Summons, a copy of the Complaint on defendants by FedEx overnight delivery.

4. On August 5, 2021, Plaintiffs' attorney received Defendants' executed Waiver of the Service of Summons by U.S. Mail.

5. On August 6, 2021 the Court issued an Order to Show Cause Why Sanctions Should Not Be Imposed for the Plaintiff's Failure to Prosecute this Action and to Comply with the Court's Orders (Docket No. 4).

6. On August 9, 2021, Plaintiff's filed with the Court the Notice of a Lawsuit and Request to Waive Service of a Summons sent on July 22, 2021 to Defendant Christopher Hine (Docket No. 5).

7. On August 9, 2021, Plaintiffs filed with the Court the Notice of a Lawsuit and Request to Waive Service of a Summons sent on July 22, 2021 to Defendant Thomas J. Burke (Docket No. 6).

8. On August 9, 2021, Plaintiffs filed the Waiver of the Service of Summons executed by defense counsel David A. Urban on behalf of Defendant Christopher W. Hine (Docket No. 7).

/ / /

/ / /

9. On August 9, 2021, Plaintiffs filed Waiver of the Service of Summons executed by defense counsel David A. Urban on behalf of Defendant Thomas J. Burke (Docket No. 8).

DATED: August 25, 2021      LEADER BERKON COLAO & SILVERSTEIN LLP

By: /s/ Arthur I. Willner
Arthur I. Willner, SBN 118480
awillner@leaderberkon.com
Attorneys for Plaintiffs MATTHEW GARRETT, PH.D. and PROFESSOR ERIN MILLER