Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
La Rita R. Turner, Bar No. 320737
lturner@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; THOMAS J. BURKE, Chancellor of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; SONYA CHRISTIAN, Chancellor of the Kern Community College District, individually and in her official capacity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MATTHEW GARRETT, PH.D., an individual; and PROFESSOR ERIN MILLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; THOMAS J. BURKE, former Chancellor of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; SONYA CHRISTIAN, Chancellor of the Kern Community College District, individually and in her official capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-00845-DAD-BAK<br><br>Complaint Filed: May 25, 2021<br>Amended Complaint Filed: June 28, 2021<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF RESPONSIVE PLEADING DEADLINE** |

1

IT IS HEREBY STIPULATED by and between Plaintiffs MATTHEW GARRETT, PH.D. and ERIN MILLER ("Plaintiffs") and Defendants CHRISTOPHER W. HINE, THOMAS J. BURKE, BILLIE JO RICE, and SONYA CHRISTIAN ("Defendants") (collectively "the Parties"), through their respective counsel of record as follows:

WHEREAS, this Court's Order Granting in Part Plaintiffs' Motion for Leave to File a First Amended Complaint (Dckt. 32) authorized Plaintiffs to file such a First Amended Complaint within 21 days from the date of the order;

WHEREAS, Plaintiffs filed a First Amended Complaint on June 28, 2022 (Dckt 34), adding new Defendants Billie Jo Rice and Sonya Christian;

WHEREAS, Defendants accepted service for these new Defendants as of June 28, 2022;

WHEREAS, under the Federal Rules of Civil Procedure, the original Defendants Christopher W. Hine and Thomas J. Burke have 14 days to respond to the First Amended Complaint;

WHEREAS, under the Federal Rules of Civil Procedure, the new Defendants Billie Jo Rice and Sonya Christian have 21 days to respond to the First Amended Complaint;

WHEREAS, Defendants plan to file one consolidated motion to dismiss under Federal Rule of Civil Procedure 12 on behalf of all Defendants;

WHEREAS, Plaintiffs agree that Defendants may take a full 21 days in which to prepare such a motion for all Defendants; and

WHEREAS, the Parties have conducted meet-and-confer discussions on a Rule 12 motion and Plaintiffs are considering seeking leave to file a second amended complaint;

NOW THEREFORE, the Parties hereby request that the Court:

1. Order that Defendants may respond to the First Amended Complaint by filing a motion under Federal Rule of Civil Procedure 12, with an Answer

Liebert Cassidy Whitmore
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

being required after this Court rules on the motion.

2. Order that Defendants' motion is due to be filed and served 21 days after the filing of the First Amended Complaint, in particular by July 19, 2022.

IT IS SO STIPULATED.

Dated: July 8, 2022                    LIEBERT CASSIDY WHITMORE

By:   */s/ David A. Urban*
      Jesse J. Maddox
      David A. Urban
      La Rita R. Turner
      Attorneys for Defendants
      CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; THOMAS J. BURKE, Chancellor of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; SONYA CHRISTIAN, Chancellor of the Kern Community College District, individually and in her official capacity

Dated: July 8, 2022                    LEADER BERKON COLAO & SILVERSTEIN, LLP

By:   */s/ Arthur I. Willner*
      Arthur I. Willner
      Attorneys for Plaintiffs MATTHEW GARRETT, PH.D. and PROFESSOR ERIN MILLER
Liebert Cassidy Whitmore
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

3

Stipulation and Order Re Continuance of Responsive Pleading Deadline

10135768.3 KE020-096

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

*/s/ David A. Urban*
David A. Urban

# ORDER

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Defendants may respond to the First Amended Complaint by filing a motion under Federal Rule of Civil Procedure 12, and an Answer will be due after the Court rules on the motion.
2. Defendants' motion is due to be filed and served 21 days after the filing of the First Amended Complaint, which is due by July 19, 2022.

IT IS SO ORDERED.

Dated:  **July 11, 2022**                          /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Re Continuance of Responsive Pleading Deadline

10135768.3 KE020-096