Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
La Rita R. Turner, Bar No. 320737
lturner@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:   310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants CHRISTOPHER W. HINE; THOMAS J. BURKE; BILLIE JO RICE; and SONYA CHRISTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MATTHEW GARRETT, PH.D., an individual; and PROFESSOR ERIN MILLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; THOMAS J. BURKE, former Chancellor of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; SONYA CHRISTIAN, Chancellor of the Kern Community College District, individually and in her official capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-00845-DAD-BAK<br><br>Complaint Filed: May 25, 2021<br>Amended Complaint Filed: June 28, 2021<br><br>**STIPULATION AND ORDER RE FILING OF SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs MATTHEW GARRETT, PH.D. and ERIN MILLER ("Plaintiffs") and Defendants CHRISTOPHER W. HINE, THOMAS J. BURKE, BILLIE JO RICE, and SONYA

CHRISTIAN ("Defendants") (collectively "the Parties"), through their respective counsel of record as follows:

WHEREAS, this Court's Order Granting in Part Plaintiffs' Motion for Leave to File a First Amended Complaint (Dckt. 32) authorized Plaintiffs to file a First Amended Complaint within twenty-one (21) days from the date of the order;

WHEREAS, Plaintiffs filed a First Amended Complaint on June 28, 2022 (Dckt 34), adding new Defendants Billie Jo Rice and Sonya Christian;

WHEREAS, Defendants accepted service for these new Defendants as of June 28, 2022;

WHEREAS, this Court, by order dated July 11, 2022 (Dckt. 38), extended the time for each Defendant to file a response to the First Amended Complaint;

WHEREAS, counsel for the Parties met-and-conferred in advance of Defendants filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, following their discussions, counsel for the Parties agreed that allowing Plaintiffs to file a Second Amended Complaint will streamline the parties and issues in this action;

WHEREAS, a true and correct copy of the proposed Second Amended Complaint is attached hereto as Exhibit A, and includes no further causes of action or parties than those included in the First Amended Complaint;

WHEREAS, the Second Amended Complaint no longer asserts any causes of action against and no longer includes as Defendants Thomas Burke or Sonya Christian;

WHEREAS, the Parties each acknowledge that this Stipulation does not constitute an admission, on the part of Defendants or any of them, that the factual allegations or legal claims in the Second Amended Complaint are well-founded; and

WHEREAS, the Parties agree Defendants Hine and Rice may challenge allegations in the Second Amended Complaint by way of motions to dismiss or strike under Federal Rule of Civil Procedure 12, or by any other means;

NOW THEREFORE, the Parties hereby request that the Court:

1. Order that good cause appearing, Plaintiffs are allowed leave to file their Second Amended Complaint attached hereto as Exhibit A, and that it be filed by Plaintiffs within three (3) days of the date this Court issues its order providing leave to file.

2. Dismiss Defendants Thomas Burke and Sonya Christian, without prejudice.

3. Order that Defendants Hine and Rice may answer or file a motion in response to the Second Amended Complaint within twenty-one (21) days after it is filed.

IT IS SO STIPULATED.

Dated: July 19, 2022          LIEBERT CASSIDY WHITMORE

By: */s/ David A. Urban*
Jesse J. Maddox
David A. Urban
La Rita R. Turner
Attorneys for Defendants
CHRISTOPHER W. HINE; THOMAS J. BURKE; BILLIE JO RICE; and SONYA CHRISTIAN

Dated: July 19, 2022          LEADER BERKON COLAO & SILVERSTEIN, LLP

By: */s/ Arthur I. Willner*
Arthur I. Willner
Attorneys for Plaintiffs MATTHEW GARRETT, PH.D. and PROFESSOR ERIN MILLER

3
Stipulation and Proposed Order Re Filing of Second Amended Complaint
Case No.: 1:21-cv-00845-DAD-BAK

10146909.3 KE020-096

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

*/s/ David A. Urban*
David A. Urban

# ORDER

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Good cause appearing, Plaintiffs are allowed leave to file their Second Amended Complaint attached to the stipulation as Exhibit A within three (3) days of the date of this Order.

2. Defendants Hine and Rice may answer or file a motion in response to the Second Amended Complaint within twenty-one (21) days after it is filed.

IT IS SO ORDERED.

Dated: **July 20, 2022**            /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

10146909.3 KE020-096