Arthur I. Willner, SBN 118480
awillner@leaderberkon.com
Edward Martinovich, SBN 237844
emartinovich@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
445 South Figueroa Street, Suite 2980
Los Angeles, CA 90071
Telephone:   (213) 234-1750
Facsimile:    (213) 234-1747

Attorneys for Plaintiff
Matthew Garrett, Ph.D.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GARRETT, Ph.D,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER W. HINE, et al.,<br><br>Defendants. | Case No. **1:21-CV-00845-KES-CDB**<br><br>**NOTICE OF CHANGE OF ATTORNEY ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that the attorneys for the Los Angeles law office of **Leader Berkon Colao & Silverstein LLP** new address is effective immediately as follows:

445 South Figueroa Street<br>
Suite 2980<br>
Los Angeles, CA 90071

Email addresses, telephone and facsimile numbers remain the same.

DATED:  March 29, 2024                    LEADER BERKON COLAO & SILVERSTEIN LLP


By: /s/ Arthur I. Willner
Arthur I. Willner
Edward Martinovich
Attorneys for Plaintiff
MATTHEW GARRETT, Ph.D.