1  ARTHUR I. WILLNER, State Bar No. 118480
   awillner@leaderberkon.com
2  LEADER BERKON COLAO & SILVERSTEIN LLP
   445 South Figueroa Street, Suite 2980
3  Los Angeles, CA 90071
   Telephone: (213) 234-1750
4  Facsimile:   (213) 234-1747

5  **ATTORNEYS FOR PLAINTIFFS**
   MATTHEW GARRETT, Ph.D. and PROFESSOR ERIN
6  MILLER

7

8

9                **UNITED STATES DISTRICT COURT**

10        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  MATTHEW GARRETT, PH.D., an individual, and PROFESSOR ERIN 13  MILLER, an individual, | Case No. 1:21-cv-00845-KES-CDB |
| 14        Plaintiffs, 15 | **NOTICE OF PARTIAL SETTLEMENT AS TO SECOND AMENDED COMPLAINT [L.R. 160]** |
| 16        vs. | |
| 17  CHRISTOPHER W. HINE, General 18  Counsel of the Kern Community College District, individually and in his official 19  capacity; BILLIE JO RICE, Vice President of Bakersfield College, 20  individually and in her official capacity; and DOES 1 THROUGH 50, inclusive, 21 | (Reassigned to: District Judge Kirk E. Sherriff) |
| 22        Defendants. 23 | (Second Amended Complaint  filed 7/22/2022) |

24

25

26

27

28

Leader Berkon Colao & Silverstein LLP
Attorneys at Law

TO THIS COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

In accordance with Local Rule 160, please take notice that all claims of Plaintiff Matthew Garrett, Ph.D. have been settled.  However, the claims of Plaintiff Professor Erin Miller have not been settled.

DATED: August 6, 2024          LEADER BERKON COLAO &
                               SILVERSTEIN LLP


                          By: /s/ Arthur I. Willner
                              Arthur I. Willner, SBN 118480
                              awillner@leaderberkon.com
                              Attorneys for Plaintiffs MATTHEW GARRETT,
                              PH.D. and PROFESSOR ERIN MILLER

Notice of Partial Settlement
Case No. **1:21-cv-00845-KES-CDB**

Leader Berkon Colao & Silverstein LLP
Attorneys at Law