ARTHUR I. WILLNER, State Bar No. 118480
awillner@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
445 South Figueroa Street, Suite 2980
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

**ATTORNEYS FOR PLAINTIFFS**
MATTHEW GARRETT, Ph.D. and
PROFESSOR ERIN MILLER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GARRETT, PH.D., an individual, and PROFESSOR ERIN MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00845-KES-CDB<br><br>**NOTICE OF DISMISSAL OF CLAIMS OF PLAINTIFF MATTHEW GARRETT PH.D WITH PREJUDICE** |

TO THE CLERK OF THIS COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, in response to the Court's Minute Order of September 4, 2024 (Document No. 75) and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MATTHEW GARRETT, PH.D., having settled all his claims relating to this action, hereby dismisses his claims in this action in their entirety and with prejudice.  Accordingly, Defendant Billie Jo Rice, individually and in her official capacity, shall be dismissed as a defendant.

DATED: September 16, 2024     LEADER BERKON COLAO &
                                                                          SILVERSTEIN LLP

By: /s/ Arthur I. Willner
    Arthur I. Willner, SBN 118480
    awillner@leaderberkon.com
    Attorneys for Plaintiffs MATTHEW GARRETT, PH.D. and PROFESSOR ERIN MILLER