UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GARRETT, PH.D., an individual, and PROFESSOR ERIN MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER W. HINE, General Counsel of the Kern Community College District, individually and in his official capacity; BILLIE JO RICE, Vice President of Bakersfield College, individually and in her official capacity; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00845-KES-CDB<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

On August 7, 2024, the parties filed a Notice of Partial Settlement of the claims of Plaintiff Matthew Garrett, Ph.D. (Document No. 71) only.  On September 17, 2024, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Garrett filed a Notice of Dismissal of Plaintiff's Claims with Prejudice.

[Proposed] Order of Dismissal
Case No. **1:21-cv-00845-KES-CDB**

In light of the Notice of Partial Settlement and Notice of Dismissal, this action is ordered terminated and dismissed with prejudice as to the claims of Plaintiff Matthew Garrett only.  In addition, Defendant Billie Jo Rice, individually and in her official capacity, is dismissed as a defendant.

IT IS SO ORDERED.

Dated: _____          _____

UNITED STATES MAGISTRATE JUDGE